Chief Magistrate Judge James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS ONG,<br><br>Defendant. | NO. MJ17-304<br><br>ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |

TO: The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that the defendant, LOUIS ONG, has violated Title 18, United States Code, Sections 1956(a)(3)(B) and 1960(b)(1)(A).

It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

//
//

1   2. Defendant shall be held in custody pending that appearance.

2

3

4  *[signature]*     July 21, 2017, 10:56 p.m., Seattle, Washington.

5  JAMES P. DONOHUE          Date, Time, and Location
   Chief U.S. Magistrate Judge

6

7  *Presented by:*

8

9  */s/ Joseph C. Silvio*
   JOSEPH C. SILVIO

10 Special Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

48-HOUR ORDER/ONG - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970