MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS ONG, <br><br> Defendant. | No. MJ 17-304-JPD <br><br> WAIVER OF PRELIMINARY HEARING |

I am a defendant charged in this case. My attorney has explained to me my right to have a preliminary hearing and the purpose of that proceeding. I understand that I have the right to testify at the preliminary hearing and that, if I wish, I may call other witnesses on my behalf. I also understand that I may waive the preliminary hearing. The fact of such waiver cannot be used against me. I understand that if I waive the preliminary hearing, my case will be bound over for further proceedings in the District Court, and any bond I have signed in this case remains in full force and effect.

I hereby waive my right to a preliminary hearing.

DATED this 28th day of July, 2017.

_____
Louis Ong, Defendant

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Louis Ong

WAIVER OF PRELIMINARY HEARING
(Louis Ong; MJ17-304JPD) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100