Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 16, 2017

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS ONG, <br><br> Defendant. | NO. CR17-191 RSL <br><br> INDICTMENT |

The Grand Jury charges that:

### COUNT 1
### (Laundering of Monetary Instruments)

On or about February 1, 2017, in King County, in the Western District of Washington, LOUIS ONG, with the intent to conceal and disguise the nature, location, source, ownership, and control, of property believed to be the proceeds of specified unlawful activity, that is, $50,000 in United States currency, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a law enforcement officer, to be proceeds of specified unlawful activity, and property used to conduct and facilitate specified unlawful activity, to wit, distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

INDICTMENT/ONG – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2
### (Laundering of Monetary Instruments)

On or about March 1, 2017, in Snohomish County, in the Western District of Washington, LOUIS ONG, with the intent to conceal and disguise the nature, location, source, ownership, and control, of property believed to be the proceeds of specified unlawful activity, that is, $20,000 in United States currency, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a law enforcement officer, to be proceeds of specified unlawful activity, and property used to conduct and facilitate specified unlawful activity, to wit, distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

## COUNT 3
### (Laundering of Monetary Instruments)

On or about June 12, 2017, in Whatcom County, in the Western District of Washington, LOUIS ONG, with the intent to conceal and disguise the nature, location, source, ownership, and control, of property believed to be the proceeds of specified unlawful activity, that is, $20,000 in United States currency, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a law enforcement officer, to be proceeds of specified unlawful activity, and property used to conduct and facilitate specified unlawful activity, to wit, distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

## COUNT 4
### (Laundering of Monetary Instruments)

On or about July 7, 2017, in King County, in the Western District of Washington, LOUIS ONG, with the intent to conceal and disguise the nature, location, source, ownership, and control, of property believed to be the proceeds of specified unlawful

activity, that is, $9,000 in United States currency, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a law enforcement officer, to be proceeds of specified unlawful activity, and property used to conduct and facilitate specified unlawful activity, to wit, distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

## COUNT 5
### (Laundering of Monetary Instruments)

On or about July 21, 2017, in King County, in the Western District of Washington, LOUIS ONG, with the intent to conceal and disguise the nature, location, source, ownership, and control, of property believed to be the proceeds of specified unlawful activity, that is, $200,000 in United States currency, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a law enforcement officer, to be proceeds of specified unlawful activity, and property used to conduct and facilitate specified unlawful activity, to wit, distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

## COUNT 6
### (Operating an Unlicensed Money Transmission Business)

Beginning at a time unknown, but not later than December 2016, and continuing until on or about July 21, 2017, in King County, within the Western District of Washington, and elsewhere, the defendant, LOUIS ONG, knowingly conducted, controlled, managed, supervised, directed, and owned all or part of an unlicensed money transmitting business affecting interstate and foreign commerce, without an appropriate money transmitting license in a State, to wit, the State of Washington, where such operation is punishable as a misdemeanor and a gross misdemeanor under State law.

All in violation of Title 18, United States Code, Sections 1960(b)(1)(A) and 2.

## ASSET FORFEITURE ALLEGATION

The allegations contained in Counts 1-6 of this Indictment are hereby realleged and incorporated by reference for purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(1).

Upon conviction of the violations alleged in Counts 1-6 of this Indictment, the defendant, LOUIS ONG, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all of his right, title and interest in all property, real or personal, constituting proceeds of or involved in the offenses, or all property traceable to such property, including but not limited to the following:

    a. All Bitcoin seized from the Defendant's Mycelium, Green Address, Co-Pay, and Breadwallet wallets;

    b. All U.S. currency seized from the Defendant's rental vehicle, *i.e*, a white 2017 Ford F-150 Super Crew Cab truck, on or about July 27, 2017;

    c. All U.S. currency seized from the Defendant's safe deposit box, *i.e.*, Box #294 located at Wells Fargo in Ferndale, Washington, on or about July 28, 2017; and

    d. All U.S. currency seized from Express Mail parcel EL513437218US on or about April 11, 2017.

## SUBSTITUTE PROPERTY

If, as a result of any act or omission of the defendant, any of the property subject to forfeiture, including the above-described property:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty,

1 | it is the intent of the United States to seek forfeiture, pursuant to Title 21, United States
2 | Code, Section 853(p), of any other property belonging to the defendant up to the value of
3 | the forfeitable property.

A TRUE BILL:

DATED:

*(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*
**FOREPERSON**

_____
ANNETTE L. HAYES
United States Attorney

_____
KATHERYN FRIERSON
Assistant United States Attorney

_____
JOSEPH SILVIO
Special Assistant United States Attorney

INDICTMENT/ONG – 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970