**DEFENDANT STATUS SHEET**   (One for <u>each</u> defendant)

I. <u>CASE STATUS</u>

NAME OF DEFENDANT   Louis Ong                      USAO# 2017R00178

x/ MAGISTRATE'S NO.  MJ17-304         _/ DOCKET NO. (If Superseding Indictment) CR _____

*************************************************************************************

II. <u>CUSTODIAL STATUS</u>

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  x/ yes   _/ no
IF YES:
    x/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: See bond order
  *** _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____
    _/ A DETENTION ORDER HAS BEEN ENTERED.
      *** _/ TEMPORARY DETENTION
      *** _/ PERMANENT DETENTION
      _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
  _/ SERVING A FEDERAL SENTENCE AT _____
  _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
  _/ PENDING STATE CHARGES AT _____

*************************************************************************************

III. <u>ARRAIGNMENT</u>

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
    (Date)
  DEFENDANT'S ADDRESS: _____

x/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON Thursday following indictment CALENDAR.
    (Date)
  DEFENSE ATTORNEY'S NAME:  Greg Murphy
  DEFENSE ATTORNEY'S ADDRESS: 1601 Fifth Ave., Suite 700, Seattle, WA 98101

*************************************************************************************

IV. <u>CONDITIONS OF RELEASE</u>

_/ NOT PREVIOUSLY SET, SHOULD BE: _____
    [e.g., P.R.; BAIL (listing conditions); DETENTION]
x/ PREVIOUSLY SET, SHOULD BE:
  x/ CONTINUE CONDITIONS OF RELEASE
  _/ CONTINUE DETENTION
  _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes   x/ No

*************************************************************************************

THE ESTIMATED TRIAL TIME IS  7  TRIAL DAYS.     August 9, 2017
    (Date Form filled out)

(Revised June 2000)