_____ FILED          _____ ENTERED
_____ LODGED    _____ RECEIVED

AUG 16 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

          v.

LOUIS ONG,

               Defendant.

No. **CR17-191 RSL**

ORDER CONTINUING
CONDITIONS OF RELEASE

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that conditions of release be continued as previously set.

DATED this 16th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING – 1
CONDITIONS OF RELEASE