

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*700 Stewart Street, Suite 5220*  *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*  *Fax: (206) 553-4440*
*www.usdoj.gov/usao/waw*

August 18, 2017

**VIA ECF**

Gregory Murphy
Federal Public Defender's Office (SEA)

      Re:    *United States v. Louis Ong*
             No. CR17-191 RSL, USDC, W.D. Washington

Dear Counselor:

    Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

| | |
|---|---|
| Date: | Thursday, August 24, 2017 |
| Time: | 9:00 a.m. |
| Before: | Brian A. Tsuchida, United States Magistrate Judge |
| Place: | United States Courthouse |
| | 700 Stewart Street, 12th Floor, Seattle, WA  98101 |

    It will be necessary that you and your client be present at the time and place indicated above, and if so ordered in the Order concerning conditions of release, report to the Pretrial Services Officer at 700 Stewart Street, Seattle, Washington for a pretrial service interview, at least one business day before the initial appearance.  Please see the PACER docket for this case for a copy of the Indictment and Order.

    The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 et. seq.), and the District's Plan for Prompt Disposition of Criminal Cases.  The Clerk's Office has copies of the local plan.

    Please note, by General Order dated December 2, 1993, Magistrate Judges are authorized to accept guilty pleas to felony charges.  Please coordinate with the Assistant United States Attorney assigned to the case in the event a guilty plea before trial is anticipated.

                                         Very truly yours,

                                           ANNETTE L. HAYES
                                         United States Attorney

                                         */s/ Salee Porter* for

                                         JOSEPH C. SILVIO
                                         Special Assistant United States Attorney