Brian E. Klein (WSBA #30732)
 bklein@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorney for Louis Ong*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br><br>LOUIS ONG,<br>        Defendant. | Case No.: CR-17-191-RSL<br><br>**STIPULATION RE: SUBSTITION OF COUNSEL**<br><br>[Proposed Order Filed Concurrently] |

This stipulation is submitted so that Gregory Murphy of the Federal Public Defender's Office may withdraw as counsel of record for defendant Louis Ong in the above-captioned case and that Brian E. Klein of Baker Marquart LLP may be substituted as counsel for defendant. The government does not oppose this substitution of counsel.

Dated: August 29, 2017          Respectfully submitted,

By: /s/ Brian E. Klein
    Brian E. Klein
    BAKER MARQUART LLP
    *Attorney for Louis Ong*

By: /s/ Gregory Murphy
    Gregory Murphy
    Federal Public Defender's Office
    *Withdrawing Attorney*

By: /s/ Joseph C. Silvio
    Joseph C. Silvio
    Special Assistant United States Attorney
    United States Attorney's Office