Brian E. Klein (WSBA #30732)
  bklein@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorney for Louis Ong*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>v.<br><br>LOUIS ONG,<br>           Defendant. | Case No.: CR-17-191-RSL<br><br>**AMENDED STIPULATION RE:<br>SUBSTITION OF COUNSEL**<br><br>[Proposed Order Filed Concurrently] |

BAKER MARQUART LLP
2029 CENTURY PARK EAST, SIXTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: (424) 652-7800 • Fax: (424) 652-7850

1   This amended stipulation is submitted so that Gregory Murphy of the Federal

2   Public Defender's Office may withdraw as counsel of record for defendant Louis Ong

3   in the above-captioned case and that Brian E. Klein of Baker Marquart LLP may be

4   substituted as counsel for defendant.  The government does not oppose this

5   substitution of counsel.

6   Dated: September 13, 2017                Respectfully submitted,

7

8                                            By: /s/ Brian E. Klein
                                                 Brian E. Klein
9                                                BAKER MARQUART LLP
                                                 *Attorney for Louis Ong*
10

11

12                                           By: _____

13                                               Louis Ong
                                                 *Defendant*
14

15                                               /s/ Gregory Murphy
                                             By:   per e-mail authorization
16                                               Gregory Murphy
                                                 Federal Public Defender's Office
17                                               *Withdrawing Attorney*

18

19                                               /s/ Joseph C. Silvio
                                             By:   per e-mail authorization
20                                               Joseph C. Silvio
                                                 Special Assistant United States Attorney
21                                               United States Attorney's Office

22

23

24

25

26

27

28

BAKER MARQUART LLP
2029 CENTURY PARK EAST, SIXTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: (424) 652-7800 • Fax: (424) 652-7850

1    This amended stipulation is submitted so that Gregory Murphy of the Federal

2  Public Defender's Office may withdraw as counsel of record for defendant Louis Ong

3  in the above-captioned case and that Brian E. Klein of Baker Marquart LLP may be

4  substituted as counsel for defendant.  The government does not oppose this

5  substitution of counsel.

6  Dated: September 13, 2017            Respectfully submitted,

7

8                                      By: _____

9                                          Brian E. Klein

                                           BAKER MARQUART LLP
10                                         *Attorney for Louis Ong*

11

12                                     By: _____

13                                         Louis Ong

                                           *Defendant*
14

15                                     By: _____

16                                         Gregory Murphy

                                           Federal Public Defender's Office
17                                         *Withdrawing Attorney*

18

19                                     By: _____

20                                         Joseph C. Silvio

                                           Special Assistant United States Attorney
21                                         United States Attorney's Office

22

23

24

25

26

27

28

BAKER MARQUART LLP
2029 CENTURY PARK EAST, SIXTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067.
Tel: (424) 652-7800 • Fax: (424) 652-7850