Brian E. Klein (WSBA #30732)
 bklein@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorney for Louis Ong*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br><br>LOUIS ONG,<br>        Defendant. | Case No.: CR-17-191-RSL<br><br>**[PROPOSED] ORDER FOR SUBSTITION OF COUNSEL** |

The Court has read and considered the amended stipulation filed on September 13, 2017. The Court finds that the application, which this Court incorporates by reference into this order, demonstrates facts that support the application, and provides good cause for doing so.

THEREFORE FOR GOOD CAUSE SHOWN: Gregory Murphy of the Federal Public Defender's Office is withdrawn as counsel of record for defendant Louis Ong in the above-captioned case and Brian E. Klein of Baker Marquart LLP is substituted as counsel of record for the defendant.

IT IS SO ORDERED.

DATED: September __, 2017

_____
Hon. Robert S. Lasnik
Senior United States District Judge