Brian E. Klein (WSBA #30732)
  bklein@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorney for Louis Ong*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-17-191-RSL |
| Plaintiff, | |
| v. | |
| | **[PROPOSED] ORDER FOR** |
| LOUIS ONG, | **SUBSTITION OF COUNSEL** |
| Defendant. | |

1    The Court has read and considered the amended stipulation filed on September

2  13, 2017.  The Court finds that the application, which this Court incorporates by

3  reference into this order, demonstrates facts that support the application, and provides

4  good cause for doing so.

5    THEREFORE FOR GOOD CAUSE SHOWN: Gregory Murphy of the Federal

6  Public Defender's Office is withdrawn as counsel of record for defendant Louis Ong

7  in the above-captioned case and Brian E. Klein of Baker Marquart LLP is substituted

8  as counsel of record for the defendant.

9

10  IT IS SO ORDERED.

11  DATED: September 21, 2017

12                    Hon. Robert S. Lasnik
                     Senior United States District Judge

BAKER MARQUART LLP
2029 CENTURY PARK EAST, SIXTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: (424) 652-7800 • Fax: (424) 652-7850

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1