## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

               Plaintiff

   vs.

Louis Ong

               Defendant

No. 2:17-cr-00191-RSL-1

**WAIVER OF HEARING
MODIFICATION OF BOND CONDITIONS**

I, Louis Ong, have been advised that United States Probation Officer Ben Beetham will petition the Court for modification of my bond conditions as follows:

**DELETE:**

The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.

**ADD:**

The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

I have also been advised that I am entitled to a hearing before the Court in which I would be represented by legal counsel in order to contest this proposed modification. I concur with the proposed modification and hereby waive such a hearing.

Dated this 21st day of September 2017.

Defendant, Louis Ong

Probation Officer, Ben Beetham