Brian E. Klein (WSBA #30732)
 bklein@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorney for Louis Ong*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>LOUIS ONG,<br>　　　　Defendant. | Case No.: CR-17-191-RSL<br><br><br>**[PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DATE** |

BAKER MARQUART LLP
2029 CENTURY PARK EAST, SIXTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: (424) 652-7800 • Fax: (424) 652-7850

1
2
3
4

The Court has read and considered the parties' stipulation to continue the trial date and pretrial motions deadline filed on September 26, 2017, and the facts and circumstances described in it, which are incorporated as findings of fact, and finds that:

5
6
7
8
9

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

10
11

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

12
13
14

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

15
16
17

(d) the case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii);

18
19
20

(e) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

21
22
23
24

(f) the additional time requested between the current trial date of October 23, 2017, and the new trial date of April 9, 2018, is necessary to provide counsel for Mr. Ong reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above; and

25
26
27

(g) that the period of delay from the date of this order to March 6, 2018 is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

28

BAKER MARQUART LLP
2029 CENTURY PARK EAST, SIXTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: (424) 652-7800 • Fax: (424) 652-7850

1        IT IS THEREFORE ORDERED that the trial date in this matter shall be

2   continued to April 9, 2018, and the pretrial motions shall be filed no later than March

3   2, 2018.

4

5   IT IS SO ORDERED.

6

7   DATED:  September __, 2017

8                               _____
Hon. Robert S. Lasnik
Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER MARQUART LLP
2029 CENTURY PARK EAST, SIXTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: (424) 652-7800 • Fax: (424) 652-7850