Brian E. Klein (WSBA #30732)
  bklein@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorney for Louis Ong*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>LOUIS ONG,<br>　　　　Defendant. | Case No.: CR-17-191-RSL<br><br>**WAIVER OF SPEEDY TRIAL** |

I, Louis Ong, have been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment and the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq. I knowingly, voluntarily, and with advice of counsel waive my right to a speedy trial and consent to the continuation of the date of my trial from October 23, 2017, to a date up to and including April 23, 2018. I understand that if the Court accepts this waiver, it will exclude the time from the date of the Court's order up to the new trial in calculating the speedy trial expiration date.

DATED this 26th day of September, 2017.

Louis Ong

Presented by:

/s/ Brian E. Klein
Brian E. Klein
Baker Marquart LLP
Attorneys for Louis Ong