1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
8
9

10   UNITED STATES OF AMERICA,              Case No. CR17-191RSL

11                   Plaintiff,

12           v.                             ORDER GRANTING
                                            STIPULATED MOTION TO
13   LOUIS ONG,                             CONTINUE TRIAL DATE
                                            AND PRETRIAL MOTIONS
14                   Defendant.             DATE

15

16       This matter comes before the Court on the parties' "Stipulated Motion to Continue Trial

17   Date and Pretrial Motions Date." Dkt. # 26. Having considered the facts set forth in the

18   stipulated motion, the defendant's knowing and voluntary waiver, and the remainder of the

19   record, the Court finds as follows:

20       1.     The Court adopts the stipulated facts set forth in the motion. Specifically, the

21   Court granted Mr. Ong's request for substitution of counsel on September 21, 2017. The Court

22   accordingly finds that a failure to grant a continuance would deny counsel the reasonable time

23   necessary for effective preparation, taking into account the exercise of due diligence, within the

24   meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

25       2.     The Court finds that a failure to grant a continuance would likely result in a

26   miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

27       3.     The Court finds that the additional time requested is a reasonable period of delay,

28   as the defendant has requested more time to prepare for trial, to investigate the matter, to gather

evidence material to the defense, and to consider possible defenses; and that that the additional time requested between the current trial date of October 23, 2017, and the new trial date of April 9, 2018, is necessary to provide counsel for Mr. Ong reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

4. The Court finds that the case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii).

5. The Court further finds that such a continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

6. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including April 23, 2018, Dkt. # 26-2, which will permit trial to start on April 9, 2018, per the parties' request.

IT IS HEREBY ORDERED that the trial date be continued from October 23, 2017, to April 9, 2018.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to March 2, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of October 23, 2017, up to and including April 23, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 28th day of September, 2017.

Robert S. Lasnik
United States District Judge