WA/WD PTS-NoAction
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Ong, Louis** | 11/9/2017 |
| Name of Judicial Officer | Case Number |
| The Honorable James P. Donohue, Chief United States Magistrate Judge | 2:17-cr-00191-RSL-1 |
| Original Offense | Date Supervision Commenced |
| Cts. 1-5: Laundering of Monetary Instruments<br><br>Ct. 6: Operating an Unlicensed Money Transmission Business | 8/9/2017 |

Bond Conditions Imposed:

- Travel is restricted to the Central District of California and the Western District of Washington, for court/legal purposes, or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.** REMOVED 9/17/2017.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **ADDED 9/17/2017.**

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Release on third-party custody to: Ming Ong

- The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the

Case 2:17-cr-00191-RSL   Document 28   Filed 11/14/17   Page 2 of 3

The Honorable James P. Donohue, Chief United States Magistrate Judge                                Page 2
Report on Defendant Under Pretrial Services Supervision                                                11/9/2017

> internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.
>
> - Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.
>
> - No employment, or self-employment, in any positions in which there is actual/potential access to cash or negotiable instruments, to include digital and/or crypto currency, unless the employer is notified and the employment has been approved by Pretrial Services.
>
> - You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
>
> - The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obtaining a loan without approval of the defendant's U.S. Probation Officer.

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following conditions of supervision:

**Nature of Noncompliance:**

1. Louis Ong has violated the special condition he shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, with the prior approval of Pretrial Services, by have another individual access the internet on his behalf on or about October 12, 2017.

**Supporting Evidence:** The defendant is currently being supervised in the Central District of California, where he has resided with his sister since his release. On October 18, 2017, I was contacted by Senior United States Pretrial Services Officer Elizabeth Brassell who was providing coverage for his supervision officer, United States Pretrial Services Officer Brenda Mercado. On October 12, 2017, Officer Brassell advised during a home visit the defendant had an internet printout. When Officer Brassell spoke to the defendant about the internet printout later in the day, the defendant advised he believed he had blanket permission for his sister to look things up for him. Officer Brassell reported his sister was given permission to locate a church, but not to be surfing the internet locating social clubs for him. The printout was allegedly directions to a park and/or schedule for ultimate frisbee. Officer Brassell clarified with the defendant all requests must be preapprove and he stated he understood.

I spoke with defense counsel numerous times regarding the above internet access and he believed it was a miscommunication regarding what his sister was given permission to access. I agreed to wait until his supervision officer returned to the office from leave to discuss what, if any, permission the defendant and his sister were given to access the internet. To his knowledge, the defendant's sister believed she was given permission by Officer Mercado to print off directions.

On November 6, 2017, I discussed the internet printout with Ming Ong, the defendant's sister and third party custodian. Ming Ong advised at the initial meeting with Officer Mercado, she was given permission to access the internet for food and to print directions for errands for the defendant to run as he was unfamiliar with the area. She stated when the defendant was placed on curfew, he asked where he could play ultimate frisbee and

Case 2:17-cr-00191-RSL   Document 28   Filed 11/14/17   Page 3 of 3

The Honorable James P. Donohue, Chief United States Magistrate Judge — Page 3
Report on Defendant Under Pretrial Services Supervision — 11/9/2017

she looked up a schedule and park nearby he could play frisbee. She was unaware she may not have been permitted to do this stated she has stopped printing directions for him and is writing them down to avoid any confusion until Officer Mercado returns from leave to clarify what she can/cannot access.

On November 9, 2017, I spoke with Officer Mercado regarding the above. Officer Mercado advised there was no miscommunication and she had a detailed conversation with the defendant and his sister about the internet restriction. She advised internet access was approved on two occasions in the past for his sister to use her phone to order food and to access the financial documents requested by our office. Officer Mercado noted she printed material on behalf of the defendant on one occasion so his sister would not need to access the internet. Furthermore, Officer Mercado indicated the defendant has been pushing the boundaries regarding his internet restrict and not forthright with Officer Brassell about their previous discussions regarding his internet restrictions. She described d as pushing boundaries and blaming incidents on his sister and miscommunication. Lastly, Officer Mercado reported she would speak to the defendant and his sister on this date to again advise the defendant of his internet restriction and restriction from others accessing the internet on his behalf.

The parties have agreed to allow the defendant to access the internet for legal purposes only, only at his **attorney's office**, and advise his officer when he has a legal appointment.

**United States Probation Officer Action:**
☒ Reprimand

I have notified both the defense counsel and Assistant United States Attorney. Although there are no objections to the recommended action taken, defense counsel does not agree a violation has occurred.

I respectfully recommend that the Court endorse the actions taken at this time.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Connie Smith
Chief United States Probation and Pretrial Services Officer

Executed on this 9th day of November, 2017.

BY:

_____
Ben Beetham
United States Probation Officer

_____
Jerrod F. Akins
Supervising United States Probation Officer

---

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Issue a Summons
☐ Issue a Warrant
☐ Other

_____
James P. Donohue,
Chief United States Magistrate Judge

14 Nov 2017
Date