The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS ONG, <br><br> Defendant. | No. CR17-191-RSL <br><br> **FORFEITURE BILL OF PARTICULARS** |

The United States, by and through its undersigned counsel, files this Forfeiture Bill of Particulars pursuant to Fed. R. Crim. P. 7(f) and 32.2(a) to further specify the property it intends to forfeit in this case. The United States has already given notice, in the Indictment it filed on August 16, 2017, that it intends to forfeit any and all property that constitutes proceeds of the Defendant's offenses, as well as any property involved in those offenses (Dkt. No. 16). In the Indictment, the United States specifically identified some Bitcoin and U.S. currency for forfeiture (*Id.*). Now, the United States gives notice it also intends to forfeit an additional sum of U.S. currency, seized from the Defendant at the time of his arrest on July 21, 2017. The property subject to forfeiture in this case now includes, but is not necessarily limited to:

Forfeiture Bill of Particulars - 1
*U.S. v. Louis Ong*, CR17-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1) All Bitcoin seized from the Defendant's Mycelium, Green Address, Co-Pay, and Breadwallet wallets;

2) All U.S. currency seized from the Defendant's rental vehicle; *i.e.*, a white 2017 Ford F-150 Super Crew Cab truck, on or about July 27, 2017;

3) All U.S. currency seized from the Defendant's safe deposit box; *i.e.*, Box #294 located at Wells Fargo in Ferndale, Washington, on or about July 28, 2017;

4) All U.S. currency seized from Express Mail parcel EL513437218US on or about April 11, 2017; and,

5) $200,000 in U.S. currency seized from the Defendant at the time of his arrest on July 21, 2017.

DATED this 17th day of November, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Forfeiture Bill of Particulars - 2
*U.S. v. Louis Ong,* CR17-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

*(signature)*

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Forfeiture Bill of Particulars - 3
U.S. v. Louis Ong, CR17-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970