UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS ONG,<br><br>Defendant. | No. CR17-191-RSL<br><br>[PROPOSED]<br><br>**PROTECTIVE ORDER RESTRAINING THREE SUMS OF CURRENCY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Seeking to Restrain Certain Forfeitable Property ("Motion"), as follows:

1. $12,580 in U.S. Currency seized on April 11, 2017;
2. $200,000 in U.S. Currency seized on July 21, 2017; and,
3. $11,970 in U.S. Currency seized on July 27, 2017.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Affidavit of Homeland Security Investigations Special Agent Judson Scott, hereby FINDS entry of a protective order restraining the above-identified currency is appropriate because:

Protective Order Restraining Three Sums of Currency - 1
*U.S. v. Louis Ong*, CR17-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. - The United States gave notice of its intent to pursue forfeiture of this currency in its Indictment (Dkt. No. 16) and/or its Forfeiture Bill of Particulars (Dkt. No. 30);
2. - Based on the facts set forth in Special Agent Judson Scott's affidavit, there is probable cause to believe this currency is subject to forfeiture in this case; and,
3. - To ensure this currency remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the above-identified currency pending the conclusion of this case is GRANTED; and,

2. This currency shall remain in the custody of the United States, to include its federal agencies, and/or their authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this _____ day of December, 2017.

                                                                       _____
                                                                       THE HON. ROBERT S. LASNIK
                                                                       UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Michelle Jensen*

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Protective Order Restraining Three Sums of Currency - 2
*U.S. v. Louis Ong*, CR17-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970