WA/WD PTS-Modification
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Ong, Louis** | 2/12/2018 |
| Name of Judicial Officer | Case Number |
| The Honorable James P. Donohue, Chief United States Magistrate Judge | CR17-191 RSL |
| Original Offense | Date Supervision Commenced |
| Cts. 1-5: Laundering of Monetary Instruments<br><br>Ct. 6: Operating an Unlicensed Money Transmission Business | 8/9/2017 |

Bond Conditions Imposed:

- Travel is restricted to Western District of Washington and the Central District of California, or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals**.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Release on third-party custody to: Ming Ong

- The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV

Case 2:17-cr-00191-RSL   Document 33   Filed 02/12/18   Page 2 of 4

The Honorable James P. Donohue, Chief United States Magistrate Judge — Page 2
Report on Defendant Under Pretrial Services Supervision — 2/12/2018

> devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.
>
> - Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.
>
> - No employment, or self-employment, in any positions in which there is actual/potential access to cash or negotiable instruments, to include digital and/or cryptocurrency, unless the employer is notified and the employment has been approved by Pretrial Services. The employer shall sign a Third Party Disclosure Form as directed by Pretrial Services.
>
> - You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
>
> - The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obtaining a loan without approval of the defendant's U.S. Probation Officer.

## PETITIONING THE COURT

☒    To modify the conditions of supervision

**CONDITION:**

The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.

**AMENDMENT:**

<u>The defendant is permitted to access a computer and the internet for purposes related to his pending case until February 16, 2018, or as directed by Pretrial Services.</u>

**DELETE:**

The defendant shall participate in the location monitoring program with technology Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

| | |
|---|---|
| The Honorable James P. Donohue, Chief United States Magistrate Judge | Page 3 |
| Report on Defendant Under Pretrial Services Supervision | 2/12/2018 |

**ADD:**

The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

## CAUSE

On August 7, 2017, the defendant appeared before Your Honor for a detention hearing. He was ordered released on Pretrial Services supervision to include active Global Positioning Satellite (GPS) with the home detention component. He was released on August 9, 2017, to reside with his sister and brother-in-law in Los Angeles, California. On September 19, 2017, his location monitoring was reduced to the curfew component due to his compliance with the location monitoring program.

On November 9, 2017, I filed a petition for no action which was endorsed by Your Honor alleging the defendant had violated his computer access restriction (Dkt. 28). The defendant has remained in compliance with his computer access restrictions since that time and to our knowledge has only accessed a computer under the supervision of his attorney at his attorney's firm.

Recently, counsel has requested permission for the defendant to access a computer and the internet for purposes of his pending case outside of his office. Based on his overall compliance and apparent need use a computer and access the internet for legal purposes, I respectfully request the defendant be allowed to access a computer and only for purposes of his pending case until February 16, 2018, or as directed by Pretrial Services.

Furthermore, based on his compliance with the Location Monitoring Program, I respectfully request the defendant be moved to the Stand Alone Monitoring (SAM) component of the Location Monitoring Program. This component would still provide live monitoring and adequately addresses the risks of non-appearance. United States Probation Officer Brenda Mercado, who provides courtesy supervision, has no objections.

The defendant is scheduled to appear before Your Honor for a change of plea on February 15, 2018.

I have notified both the defense counsel and Assistant United States Attorney and they concur with the recommendation.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Connie Smith<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 12th day of February, 2018. | BY: |
| Ben Beetham<br>United States Probation Officer | Jerrod F. Akins<br>Supervising United States Probation Officer |

The Honorable James P. Donohue, Chief United States Magistrate Judge  Page 4
Report on Defendant Under Pretrial Services Supervision  2/12/2018

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ Modify the Conditions as noted above
☐ Other

_____
James P. Donohue,
Chief United States Magistrate Judge

Feb 12, 2018
_____
Date