**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br>vs.<br>Louis Ong<br><br>                Defendant. | No. 2:17-cr-00191-RSL-1<br><br>WAIVER OF HEARING<br>MODIFICATION OF BOND CONDITIONS |

I, Louis Ong, have been advised that United States Probation Officer Ben Beetham will petition the Court for modification of my bond conditions as follows:

**CONDITION:**

The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.

**AMENDMENT:**

<u>The defendant is permitted to access a computer and the internet for purposes related to his pending case until February 16, 2018, or as directed by Pretrial Services.</u>

**DELETE:**

The defendant shall participate in the location monitoring program with technology Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.

**ADD:**

The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

I have also been advised that I am entitled to a hearing before the Court in which I would be represented by legal counsel in order to contest this proposed modification. I concur with the proposed modification and hereby waive such a hearing.

Dated this 9th Day of February, 2018.

_____
Defendant, Louis Ong

_____
Probation Officer, Ben Beetham