_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

Magistrate Judge John L. Weinberg

FEB 15 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS ONG,<br><br>Defendant. | NO.  CR17-191RSL<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States

//

//

//

CONSENT TO RULE 11 PLEA - 1
CR17-191RSL/ONG

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  District Judge will then decide whether to accept or reject my plea of guilty and any plea

2  agreement I may have with the United States and will adjudicate guilt and impose sentence.

3         DATED this 15th day of February, 2018.

<br>

_____
LOUIS ONG
Defendant

<br>

_____
BRIAN KLEIN
Attorney for Defendant

<br>

APPROVED:

_____
JOSEPH C. SILVIO
Assistant United States Attorney

CONSENT TO RULE 11 PLEA - 2
CR17-191RSL/ONG