```
                        FILED          ENTERED
                        LODGED         RECEIVED

                        FEB 15 2018              Magistrate Judge John L. Weinberg
                           AT SEATTLE
                   CLERK U.S. DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
                 BY                        DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS ONG,<br><br>Defendant. | NO. CR17-191RSL<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to Count Six contained in the Indictment. After examining the Defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged is supported by an

//
//
//

REPORT AND RECOMMENDATION - 1
CR17-191RSL/ONG

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

independent basis in fact containing each of the essential elements of such offense. I therefore ordered a presentence report. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(1)(B), I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this 15 day of February, 2018.

_____
JOHN L. WEINBERG
United States Magistrate Judge

**NOTICE**

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

REPORT AND RECOMMENDATION - 2
CR17-191RSL/ONG

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970