The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS ONG, <br><br> Defendant. | NO. CR17-191 RSL <br><br> ORDER SEALING GOVERNMENT'S SUPPLEMENT TO SENTENCING MEMORANDUM |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that:

The Supplement to the Government's Sentencing Memorandum be FILED UNDER SEAL to protect sensitive information, and for this reason, the supplement is not permitted to be made publicly available.

IT IS SO ORDERED.

DATED this 11th day of May, 2018.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:
*/s/ Joseph C. Silvio*
JOSEPH C. SILVIO
Special Assistant United States Attorney

*United States v Ong*, CR17-191 RSL - 1
Order to Seal