UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LOUIS ONG, <br> Defendant. | No. CR17-191-RSL <br><br> [PROPOSED] <br><br> FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") of the following property:

1. Approximately 24.3 Bitcoin seized from the Defendant's Mycelium Address wallet, on or about July 21, 2017;

2. Approximately 50.4210216 Bitcoin seized from the Defendant's Breadwallet wallet, on or about August 3, 2017;

3. Approximately 50.42 Bitcoin Cash seized from the Defendant's Breadwallet wallet on February 16, 2018;

4. $11,970 in U.S. currency seized from the Defendant's rental vehicle, *i.e*, a white 2017 Ford F-150 Super Crew Cab truck, on or about July 27, 2017;

Final Order of Forfeiture - 1
*U.S. v. Louis Ong*, CR17-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. $11,000 in U.S. currency seized from the Defendant's safe deposit box, *i.e.*, Box #294 located at Wells Fargo in Ferndale, Washington, on or about July 28, 2017;

6. $12,580 in U.S. currency seized from Express Mail parcel EL513437218US on or about April 11, 2017; and,

7. $200,000 in U.S. currency seized from the Defendant at the time of his arrest on July 21, 2017.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On May 7, 2018, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 982(a)(1), and forfeiting the Defendant's interest in it (Dkt. No. 47);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 53); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Homeland Security, the United States

///

Final Order of Forfeiture - 2
U.S. v. Louis Ong, CR17-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Department of Justice, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 7th day of August, 2018.

*/s/ Robert S. Lasnik*
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
U.S. v. Louis Ong, CR17-191-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970