

# Department of the Treasury
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 10 2018   CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** CR17-191-RSL |
| **DEFENDANT** LOUIS ONG | **TYPE OF PROCESS** Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
Please see below *
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MICHELLE JENSEN, AUSA (cjs)
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

* Per the Final Order of Forfeiture (Dkt. 56), please dispose of the currency listed in Paragraphs 4 through 5 and 7 in accordance with the law: $11,970 seized from Defendant's rental vehicle; $11,000 seized from Defendant's safe deposit box; and $200,000 seized from the Defendant at the time of his arrest. Thank you.
CATS Nos. 17-ICE-001320; 17-ICE-001321; 17-ICE-001322

Signature of Attorney or other Originator requesting service on behalf of
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NO. 206-553-2473; CJS
DATE 8/9/18

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | | DATE |
|---|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☒ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE 8-9-18   TIME OF SERVICE   ☐ AM ☐ PM

SIGNATURE, TITLE AND TREASURY AGENCY
Ina a Grim, paralegal specialist, U.S. CBP

**REMARKS:** Property forfeited and disposed of.

TD F 90-22.48 (6/96)