JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>LOUIS ONG,<br>　　　　Defendant. | Case No.: CR-17-191-RSL<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>NOTED: July 26, 2019 |

　　　　This matter came before the Court on the defendant Louis Ong's unopposed motion for early termination of supervised release. The Court having considered the motion, as well as any responses or replies to the motion, finds good cause that the motion should be GRANTED.

　　　　Specifically, the Court finds, pursuant to 18 U.S.C. §3583(e), that early termination of Mr. Ong's supervised release is warranted. Accordingly, IT IS HEREBY ORDERED that Mr. Ong's supervised release term be terminated, effective immediately.

DATED: Aug 2, 2019

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE